1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDREY P. STEARNS,           )<br>                              )<br>            Petitioner,       )<br>                              )<br>    vs.                       )<br>                              )<br>CLAY, Warden,                 )<br>                              )<br>            Respondents.      )<br>_____) | Case No. CV 06-6061-DSF  (OP)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo.  The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1      IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) denying the Petition and dismissing this action
3 with prejudice.

5 DATED: 8/12/09

HONORABLE DALE S. FISCHER
United States District Judge

8 Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge