JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDREY P. STEARNS,            )<br>                                               )<br>                  Petitioner,     )<br>                                               )<br>         vs.                            )<br>                                               )<br>CLAY, Warden,                   )<br>                                               )<br>                  Respondents. )<br>_____) | Case No. CV 06-6061-DSF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 8/12/09

_____
HONORABLE DALE S. FISCHER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge